UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SALVADOR GUTIERREZ

VERSUS

LANDSTAR RANGER, INC., ET AL.

CIVIL ACTION

23-527-SDD-RLB

## RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Richard L. Bourgeois, Jr. dated October 24, 2024, to which no objection has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS ORDERED** that Plaintiff's Unopposed Motion for Leave to File First Amended Complaint and to Remand to State Court (R. Doc. 21) is **GRANTED**, and this action is **REMANDED** to the 18th Judicial District Court, Iberville Parish, Louisiana.

Signed in Baton Rouge, Louisiana, on this 11 day of December, 2024.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 21.
[2] Rec. Doc. 22.